IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANTHONY D. GARLAND,
D.O.C. # L42997,

    Plaintiff,

v.                          CASE NO. 4:09cv358-SPM/WCS

DAVID B. WHEELER
and PETER SAPAK,

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court for consideration of the magistrate judge's report and recommendation (doc. 7) dated October 2, 2009. Plaintiff has filed objections (doc. 9) pursuant to Title 28, United States Code, Section 636(b)(1). Upon review, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's report and recommendation (doc. 7) is ADOPTED and incorporated by reference in this order.

2.    The order granting Plaintiff leave to proceed in forma pauperis (doc. 5) is vacated.

3. Plaintiff's motion seeking leave to proceed in forma pauperis (doc. 3) is denied.

4. This case is dismissed because Plaintiff is not entitled to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(g).

5. The clerk shall note on the docket that this case was dismissed pursuant to 28 U.S.C. § 1915(g).

6. The clerk shall refund or return any partial filing fees received.

DONE AND ORDERED this 28th day of October, 2009.

    *s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge